1983
SHC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2016 JAN 22 A 10: 54
U.S. DISTRICT COURT
N.D. OF ALABAMA

Reggie Dunning
_____

Inmate Identification Number: _____

_____

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

1. Sgt. Mohamma Jenkins

2. COI Roderick L. Gadson

3. Officer John Doe

4. Officer John Doe

(Enter above full name(s) of the defendant(s)
in this action)

CV-16-AR-0110-S

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )    No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____ NA _____

           _____

           Defendant(s): _____ NA _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) ___NA___

3. Docket number ___NA___

4. Name of judge to whom case was assigned ___NA___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___NA___

6. Approximate date of filing lawsuit ___NA___

7. Approximate date of disposition ___NA___

II. Place of present confinement ___William E. Donaldson Correctional Facility___

   A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

   C. If your answer is YES:

      1. What steps did you take? ___NA___

      2. What was the result? ___NA___

   D. If your answer is NO, explain why not: ___there is no grievance procedure in place here.___

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Reggie Dunning # 183343-K-53

Address 100 Warrior Lane, Bessemer, AL 35023-7299

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Mohamma Jenkins

Is employed as Correctional Sargent

at William E. Donaldson Correctional Facility

C. Additional Defendants Roderick L. Gadson, John Doe, John Doe, are employed as Correctional Officers I, at W.E. Donaldson Correctional Facility.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On August 11, 2015 at or about 12:30 p.m. I arrived at W.E. Donaldson Corr. Facility, as I was being escorted to the inmate Control Station - Officer Gadson told me that I was moving too slow - When we reached the East hall-way Sgt. Mohamma Jenkins said to me, Where do you think you at? - this ain't St Clare - then sprayed me in the face with Mace; forced me to the floor while C.O. Gadson and other officers began hitting me with their batons. I was then taken

4

to the infirmary where pictures were taken of my face and left leg. My leg has still not healed - it continues to swell and is extremly painful. I was written a disciplinary for failure to obey a direct order which was disapproved on 10/15/15. I was placed in general population.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

1. award compensatory damages in the amount of $50,000 against Sgt. Mohamma Jenkins, Col Roderick L. Gadson and the Cal John Doe defendants (a), award punitive damages in the amount of $75,000 against each defendant. Grant any and other relief this honorable court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-19-16 .

SIGNATURE  Reggie Dunning

ADDRESS 100 Warrior Lane

Bessemer, AL 35023-7299

AIS # 183343